■ APRIL WALRADT, Appellant, v BATAVIA FAMILY DENTAL et al., Respondents. [972 NYS2d 139]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered June 15, 2012. The order granted the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ JONATHAN ABBOTT, Respondent, v VITO WILLIAM LUCCHETTI, JR., et al., Appellants. (Appeal No. 1.) [971 NYS2d 706]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered August 29, 2012. The order, insofar as appealed from, denied in part the motion of defendants to dismiss the amended complaint and denied the motion of defendants for a stay.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Abbott v Crown Mill Restoration Dev., LLC* ([appeal No. 3] 109 AD3d 1097 [2013]). Present—Scudder, P.J., Smith, Fahey and Peradotto, JJ.

■ DAVID SHUMWAY et al., Appellants, v JUSTIN KELLEY, Respondent. (Appeal No. 1.) [971 NYS2d 707]—Appeal from an order of the Supreme Court, Genesee County (John M. Curran, J.), entered March 12, 2012. The order denied the motion of plaintiffs to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (see *Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435, 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.